# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| vs. | ) | Case No. 1:06-CR-00032-OWW |
| Monik Michelle Grimes | ) | |
|  | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Monik Michelle Grimes__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

That the following conditions of release be added: You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used; you shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt; you shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Monik Grimes_  2-14-06    _[signature]_  2-14-2006
Signature of Defendant    Date         Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                           3-13-06
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                           3/2/06
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  3/14/2006.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                           3/14/2006
Signature of Judicial Officer    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services