Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Monik Michelle GRIMES |
| **Docket Number:** | 1:06CR00032-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/05/2006 |
| **Original Offense:** | <u>Counts 1 through 5</u>: 18 USC 1343 and 2 - Wire Fraud and Aiding and Abetting (CLASS C FELONIES)<br><u>Count 6</u>: 18 USC 1001 - False and Fictitious Statements to the FBI (CLASS D FELONY) |
| **Original Sentence:** | 27 months BOP; 36 months TSR; $600 special assessment; $7,825 restitution; and, mandatory drug testing |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets; Financial disclosure; Credit restrictions; Substance abuse counseling; Substance abuse testing; mental health treatment; $25 co-payment; and, DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/02/2008 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric V. Kersten     **Telephone:** (559) 487-5573 |
| **Other Court Action:** | None |

RE:     Monik Michelle GRIMES
        Docket Number:  1:06CR00032-001
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

The defendant shall comply with the conditions of home detention for a period of 60 consecutive days to commence when directed by the probation officer.  During this time, the defendant will remain at  place of residence except for employment and other activities approved in advance by the defendant's probation officer.  The defendant will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by her probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:**   On September 17, 2008, the defendant submitted a urine sample to her substance abuse treatment program which returned a positive result for the presence of Phencyclidine, otherwise known as PCP.

The defendant has been confronted regarding her positive drug test.  The defendant stated she is not, and has not, been a user of PCP, but may have unknowingly ingested it at a rap concert.

In order to accept responsibility for her violation conduct, the defendant signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend the Term of Supervision agreeing to comply with the conditions of home detention for a period of 60 consecutive days.  The defendant also agreed to complete home detention under the electronic monitoring program and to pay for the cost of electronic monitoring if so required by the probation officer.

**RE:    Monik Michelle GRIMES**
**Docket Number:  1:06CR00032-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The probation officer considered a recommendation for a residential re-entry center placement. However, the defendant has two children for whom she must care; and, her husband, a Federal supervised releasee, has already been scheduled to report to the residential re-entry center and will thus be unable to provide child care.

Consequently, it is recommended the Court approve the above indicated modification in order to sanction the defendant for her violation conduct.  The defendant will be expected to continue participation in drug aftercare services and understands the probation officer will seek additional court intervention should she continue to find herself at variance from her terms and conditions of supervision.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**    October 21, 2008
Bakersfield, California
RCW:dk

**REVIEWED BY:**    /s/ Thomas A. Burgess
**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

**RE:   Monik Michelle GRIMES**
      **Docket Number:  1:06CR00032-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   October 27, 2008**                    　　　/s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE